I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 6/30/11

DEPUTY CLERK

JS-6 Entered



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSE ALCALA,

    Petitioner,

vs.

TIMOTHY BUSBY, et al.,

    Respondent.

Case No. SACV 11-316-TJH (RNB)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 6/28/11

TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE